Billy J. WILLIAMS, Plaintiff-Appellant,

v.

The INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, etc. et al., Defendants-Appellees.

No. 78–1711.

United States Court of Appeals, Fifth Circuit.

March 14, 1980.

Roger D. Haagenson, Fort Lauderdale, Fla., for plaintiff-appellant.

Manners & Amoon, George H. Tucker, Miami, Fla., Plato E. Papps, Gen. Counsel, International Assn. of Machinists, Washington, D. C., for Internat'l Assoc. of Machinists & Aerospace Workers.

Steel, Hector & Davis, John M. Barkett, William B. Killian, Miami, Fla., for National Airlines.

Before TUTTLE, BROWN and TATE, Circuit Judges.

PER CURIAM:

Affirmed on the basis of the district court's findings of fact and conclusions of law. 484 F.Supp. 917 (S.D.Fla.1978).